PER CURIAM.
Affirmed. See Tibbs v. State, 397 So.2d 1120 (Fla.1981); Jacobs v. State, 396 So.2d 713 (Fla.1981); Cummings v. State, 514 So.2d 406 (Fla. 4th DCA 1987); Munroe v. State, 514 So.2d 397 (Fla. 1st DCA 1987); State v. Stenza, 453 So.2d 169 (Fla. 2d DCA 1984); Rodriguez v. State, 379 So.2d 657 (Fla. 3d DCA 1980); Boyd v. State, 389 So.2d 642 (Fla. 2d DCA 1980); Frank v. State, 199 So.2d 117 (Fla. 1st DCA 1967).